1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Christina Hernandez

6

7

8                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                         WESTERN DIVISION

10

   CHRISTINA HERNANDEZ,              )    CASE NO. CV 13-9560-AS
11                                   )
        Plaintiff,                   )    [PROPOSED] ORDER
12                                   )    AWARDING ATTORNEY'S
        v.                           )    FEES PURSUANT
13                                   )    TO THE EQUAL ACCESS TO
                                     )    JUSTICE ACT
14 CAROLYN W. COLVIN,                )
   ACTING COMMISSIONER OF SOCIAL )
15 SECURITY,                         )
                                     )
16      Defendant.                   )
   _____   )

17

18

19      Based upon the parties' Stipulation for Award of Fees under the Equal Access

20 to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees

21 under the Equal Access to Justice Act in the amount of ONE-THOUSAND FIVE-

22 HUNDRED DOLLARS AND NO CENTS ($1,500.00),  as authorized by 28 U.S.C.

23 § 2412(d), subject to the terms of the Stipulation.

24

25 Dated: November 12, 2014              _____/ s /_____
                                         HON. ALKA SAGAR
26                                       UNITED STATES MAGISTRATE JUDGE

27

28

                                     1